# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 10-9016-MC-GAF |
| | ) | |
| DEDREE R. CARLISLE, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Pursuant to the Local Court Rules of the United States District Court for the Western District of Missouri, 28 U.S.C. § 636 and governing statutes and law, the Petition to Enforce Internal Revenue Service Summons directed to Dedree R. Carlisle was referred to United States Magistrate Judge Robert E. Larsen for processing and handling. Magistrate Judge Larsen has completed the processing and handling of the Petition and has filed his written Report and Recommendation. (Doc. #6). Judge Larsen recommends that Respondent Carlisle be ordered to comply with the summons issued by Revenue Officer Eden Simpson initially on April 7, 2010, and again on April 12, 2010, and that such compliance should occur on a date and time agreed upon by Officer Simpson and Respondent Carlisle, but not later than sixty (60) days after the date of any such order directing compliance with the summons upon Respondent Carlisle.

In accordance with the requirement of 28 U.S.C. § 636, a copy of the Magistrate Judge's Report and Recommendation was served on all parties to this action. No written objections to the Report and Recommendation were filed.

The Magistrate Judge's Report is based upon the written record. This Court has reviewed that record, carefully considered the Judge Larsen's Report, and hereby adopts, after independently

determining that they are correct and proper, the findings, conclusions and recommendations of the Magistrate Judge Larsen.

Accordingly, it is hereby ORDERED that:

(1) respondent Dedree R. Carlisle COMPLY with each requirement of the summons issued by Revenue Officer Simpson on a date and at a time agreed upon by Revenue Officer Simpson and respondent Carlisle, but not later than sixty (60) days after service of this Order on respondent Carlisle, and

(2) the Clerk of the Court forward a copy of this Order via regular and certified mail to Respondent Dedree R. Carlisle at 6540 Scenic Drive, Kansas City, MO 64133.

**IT IS SO ORDERED.**

                                                    s/ Gary A. Fenner
                                                    Gary A. Fenner, Judge
                                                    United States District Court

DATED: October 5, 2010